**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Clay Lynn SALINAS, Defendant–**
**Appellant.**

**No. 03–50536.**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff-Appellee.

Clay Lynn Salinas, #27142–180, Federal Correctional Institution, Big Spring, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Court-appointed counsel for Clay Lynn Salinas has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Salinas was sent a copy of counsel's motion and brief but has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.